IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Plaintiff** : | |
| v. : | 3:16-CV-1478 |
| : | (JUDGE MARIANI) |
| **CHRISTIAN F. SANTANA, et al.** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, THIS ____ DAY OF APRIL, 2017, upon consideration of the United States' Motion for Default Judgment as to Counts I and II (Doc. 13), in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** the United States' Motion (Doc. 13) is **GRANTED** as follows:

1. Default Judgment is hereby entered in **FAVOR** of the United States of America and **AGAINST** Christian F. Santana and Oriza Dotel as to Count I of the Complaint for unpaid federal income taxes and statutory additions to tax for the years 2000, 2002, 2005, 2009, 2010, 2011, 2012, 2013, 2014 in the amount of $287,175.00 as of February 1, 2017.

2. Default Judgment is hereby entered in **FAVOR** of the United States of America and **AGAINST** Christian F. Santana as to Count II of the Complaint for trust fund recovery penalty assessments made under 26 U.S.C. § 6672 for the periods ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006,

September 30, 2007, December 31, 2007, March 31, 2008, June 30, 2008,

September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009,

September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010, and

September 30, 2010 in the amount of $ 50,849.00 as of February 1, 2017.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge