# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| v. | : 3:16-CV-1478 |
| | : (JUDGE MARIANI) |
| CHRISTIAN F. SANTANA, et al. | : |
| Defendants | : |

## ORDER

AND NOW, THIS 26th DAY OF APRIL, 2017, upon consideration of the United States' Motion for Default Judgment Against Defendant Dentalcrafts Masters, LLC (Doc. 15), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The United States' Motion (Doc. 15) is **GRANTED**.

2. Judgment is hereby entered in **FAVOR** of the United States of America and **AGAINST** Dentalcrafts Masters, LLC.

3. It is hereby ordered that Dentalcrafts Masters, LLC does not have an interest in the real property located at 1024 Peace Street, Hazle Township, Pennsylvania 18202 and shall take nothing in this action.

Robert D. Mariani
United States District Judge